UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BREWSTER,

    Petitioner,

-vs-                                Case No. 8:07-CV-1125-T-27MSS

JAMES R. MCDONOUGH, SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER OF TRANSFER

It appears from the record that the judgment of conviction against which relief is sought was entered by the Nineteenth Judicial Circuit Court in and for Indian River County, Florida. Therefore, pursuant to 28 U.S.C. § 2241(d), this case is transferred to the United States District Court for the Southern District of Florida for all further proceedings, and the Clerk shall close this case and immediately forward the file to that District.

DONE AND ORDERED at Tampa, Florida, on July 5th, 2007.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

SA:sfc
cc: Clerk, U.S. District Court for the Southern District of Florida
Pro se Petitioner